FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 1 4 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>**CHRISTOPHER GONZALES** and )<br>**FABIENNE MORALES,** )<br><br>Defendants. ) | CRIMINAL NO. 16-126WJ<br><br>Count 1:  21 U.S.C. § 846:  Conspiracy;<br><br>Count 2:  21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Possession with Intent to Distribute Heroin;<br><br>Count 3:  21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Distribution of Heroin;<br><br>Count 4:  21 U.S.C. §§ 841(a)(1)( and (b)(1)(E):  Possession with Intent to Distribute Suboxone;<br><br>Count 5:  21 U.S.C. §§ 841(a)(1) and (b)(1)(E):  Distribution of Suboxone. |

## I N D I C T M E N T

The Grand Jury charges:

### Count 1

On or about August 2, 2015, in Sandoval County, in the District of New Mexico, the

defendants, **CHRISTOPHER GONZALES** and **FABIENNE MORALES**, unlawfully,

knowingly and intentionally combined, conspired, confederated, agreed, and acted

interdependently with other persons whose names are known and unknown to the Grand Jury to

commit an offense against the United States, specifically, distribution of heroin, contrary to 21

U.S.C. §§ 841(a)(1) and (b)(1)(C), and distribution of suboxone, contrary to 21 U.S.C. §§

841(a)(1) and (b)(1)(E).

In violation of 21 U.S.C. § 846.

Count 2

On or about August 2, 2015, in Sandoval County, in the District of New Mexico, the defendant, **CHRISTOPHER GONZALES**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, a mixture and substance containing a detectable amount of heroin.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 3

On or about August 2, 2015, in Sandoval County, in the District of New Mexico, the defendant, **FABIENNE MORALES**, unlawfully, knowingly and intentionally distributed a controlled substance, a mixture and substance containing a detectable amount of heroin.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 4

On or about August 2, 2015, in Sandoval County, in the District of New Mexico, the defendant, **CHRISTOPHER GONZALES**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, suboxone.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(E).

Count 5

On or about August 2, 2015, in Sandoval County, in the District of New Mexico, the defendant, **FABIENNE MORALES**, unlawfully, knowingly and intentionally distributed a controlled substance, suboxone.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(E).

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

KAB  01/08/16  1:43PM